COMMONWEALTH of Kentucky, Movant,

v.

**Ray DUVALL, Respondent.**

Supreme Court of Kentucky.

Sept. 18, 1979.

Robert F. Stephens, Atty. Gen., Elizabeth E. Blackford, Asst. Atty. Gen., Frankfort, for movant.

Marvin B. Coles, James E. Boyd and William L. Brooks, Coles, Boyd & Brooks, Frankfort, for respondent.

OPINION AND ORDER

The motion of the Commonwealth of Kentucky for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered January 19, 1979, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of *Kentucky v. Whorton*, —— U.S. ——, 99 S.Ct. 2088, 60 L.Ed.2d 640 (1979), and this court's opinion in *Whorton v. Commonwealth*, Ky., 585 S.W.2d 388 (1979).

All concur.